No. 6733.

STATE EX REL. I. NEWMAN VS. R. M. LUSHER, SUPERINTENDENT OF PUBLIC SCHOOLS.

Treasurers of the Parish Boards of School Directors cannot pledge the school funds or school-fund warrants for a loan of money without the express authority of the Board of School Directors. Such warrants are not commercial paper.

APPEAL from the Sixth District Court of New Orleans. RIGHTOR, J.

*P. Roberts* for Relator. *Egan* Assistant Attorney-General, *Saunders* and *O. N. Ogden* for Defendant Appellant.

WHITE, J., delivered the opinion reversing the judgment, SPENCER, J., dissenting.